UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT OWEN BRAY,

    Plaintiff,

v.

BERNARD WARNER, PAT GLEBE, THOMAS L'HEUREUX, DOUGLAS MCCARTY, D DAHNE, WILLIAM SWAIN, CHERYL ROIKO, DAN VAN OGLE,

    Defendants.

CASE NO. 3:15-CV-05339-BHS-JRC

ORDER TO FILE PROPER IN FORMA PAUPERIS FORM OR TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE DISMISSED

    This 42 U.S.C. §1983 civil rights action has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

    On May 21, 2015 plaintiff filed his Motion to Proceed *In Forma Pauperis* (Dkt. 1). On the same date, the Clerk's Office sent plaintiff a deficiency letter informing him of the defects in his *in forma pauperis* ("IFP") application (Dkt. 3). Plaintiff corrected some of the defects in his application on May 26, 2015, but he has not submitted the proper IFP form (Dkt. 4).

1  The undersigned will not consider plaintiff's application to proceed *in forma pauperis*
2  without the proper IFP form. The Court hereby orders plaintiff to file the proper IFP form by
3  July 17, 2015 or show cause why he cannot provide the form. If plaintiff does not respond to this
4  order the undersigned will recommend denial of the application to proceed *in forma paperis*.
5  The Clerk shall send a copy of this order to plaintiff.
6  Dated this 17th day of June, 2015.

J. Richard Creatura
United States Magistrate Judge

ORDER TO FILE PROPER IN FORMA PAUPERIS
FORM OR TO SHOW CAUSE WHY THIS
MATTER SHOULD NOT BE DISMISSED - 2