UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT OWEN BRAY,

           Plaintiff,

v.

BERNARD WARNER, et al.,

           Defendants.

CASE NO. C15-5339 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 9. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

    (1)    The R&R is **ADOPTED**; and

    (2)    This action is **DISMISSED** without prejudice for failure to prosecute. W.D. Wash. LCR 41(b).

Dated this 19th day October, 2015.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER